IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02121-AP

IDA MAY LAMBIASE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

PATRICK C.H. SPENCER, II
Attorney for Plaintiff
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
719-632-4808
patrick@2spencers.com

For Defendant:

TROY A. EID
United States Attorney
KEVIN TRASKOS
Deputy Chief, Civil Division
kevin.traskos@usdoj.gov

BONNIE SIMS
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Tele: (303) 844-7278
Fax: (303) 844-0770
bonnie.sims@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**    October 5, 2007

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**    October 16, 2007

    C.    **Date Answer and Administrative Record Were Filed:**    December 17, 2007.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    March 7, 2008

    B.    **Defendant's Response Brief Due:**  April 7, 2008

    C.    **Plaintiff's Reply Brief (If Any) Due**: April 21, 2008.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.     **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 7th day of January, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

>s/ Patrick C.H. Spencer, II
>Patrick C.H. Spencer, II, Attorney for Plaintiff
>830 Tenderfoot Hill Road, Suite 320
>Colorado Springs, CO 80906
>Tele: 719-632-4808
>Fax: 719-632-4807
>patrick@2spencers.com

For Defendant:

>TROY A. EID
>United States Attorney
>
>KEVIN TRASKOS
>Assistant United States Attorney
>kevin.traskos@usdoj.gov

By: s/ Bonnie Sims
>Bonnie Sims
>Special Assistant United States Attorney
>Social Security Administration
>1961 Stout Street, Suite 1001A
>Denver, Colorado 80294
>Tele: (303) 844-7278
>Fax: (303) 844-0770
>bonnie.sims@ssa.gov