IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02121-PAB

IDA MAY LAMBIASE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**ORDER GRANTING MOTION FOR ATTORNEY'S FEE**
_____

This matter comes before the Court on plaintiff Ida May Lambiase's Unopposed Motion for an Award of Attorney's Fee Under 42 U.S.C. § 406(b) [Docket No. 36]. Being fully advised of the premises, the Court finds that the requested fee of 25% of past-due benefits or $15,081 is reasonable under the circumstances of this case, particularly in light of the duration and complexity of the case. Therefore, it is

**ORDERED** that plaintiff Ida May Lambiase's Unopposed Motion for an Award of Attorney's Fee Under 42 U.S.C. § 406(b) [Docket No. 36] is GRANTED. Plaintiff is entitled to an attorney's fee of 25% of past-due benefits or $15,081. The fee shall be forwarded and made payable directly to plaintiff's attorney. *See Manning v. Astrue*, 510 F.3d 1246, 1251-52 (10th Cir. 2007). It is further

**ORDERED** that plaintiff's attorney shall refund to the plaintiff the previously awarded fee pursuant to the Equal Access to Justice Act (EAJA) in the amount of $7,500 [Docket No. 35].

DATED September 10, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge